UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

COVON MARTIN, a child under the age of 18
years by his mother and guardian Kim Martin;
and KIM MARTIN mother and guardian of
Covon Martin;

        Plaintiffs,

 -v-             1:02-CV-1281

RICHARD W. MOSCOWITZ, M.D. and
RICHARD W. MOSCOWITZ, M.D., P.A., P.C.,

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:         OF COUNSEL:

BRADLEY A. SACKS, ESQ.
Attorney for Plaintiffs
20 Vesey Street, Suite 200
New York, NY 10007

MEISELMAN, DENLEA, PACKMAN, CARTON RICHARD J. NEALON, ESQ.
 & EBERZ P.C.
Attorneys for Defendant
1311 Mamaroneck Avenue
White Plains, NY 10605

DAVID N. HURD
United States District Judge

## DECISION and ORDER

  Upon reconsideration, defendant has waived any structured judgment pursuant to

N.Y. C.P.L.R. § 5031.  Therefore, plaintiff's counsel's application for a higher fee is moot.

Additionally, plaintiff is entitled to interest running from August 17, 2006, at the New York

State rate of 9% per annum. Finally, plaintiff has accepted the remittitur, requiring amendment of the judgment.

Accordingly, it is

ORDERED that

1. Defendant's motion to structure the verdict is DENIED;

2. Plaintiff's cross-motion for post-judgment interest is GRANTED and interest at the rate of 9% per annum for a total of $282,044.47 will be added to the judgment amount; and

3. Plaintiff's motion for higher attorney's fees is DENIED as moot.

The Clerk of the Court is directed to enter an amended judgment in favor of plaintiffs against defendants in the total amount of $3,182,044.47, consisting of interest in the amount of $282,044.47 and damages in the amount of $2,900,000.00 ($400,000.00 for surgeries performed; $400,000.00 for pain and suffering to the present; $1,750,000.00 for future pain and suffering; number of years 55; and $350,000.00 for future medical expenses).

IT IS SO ORDERED.

_____
United States District Judge

Dated: September 13, 2006
       Utica, New York.